JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAVANA BHAM, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WWF OPERATING COMPANY, a Colorado corporation, and DOES 1 - 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:18-cv-00450-JGB-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(l)(ii)**<br><br>Complaint Filed in Los Angeles Superior Court: January 30, 2018<br>Action Removed: March 5, 2018 |

LITTLER MENDELSON, P.C.
633 W. 5th St.
63rd Floor
Los Angeles, CA 90071
213.443.4300

After consideration of the Joint Stipulation to Dismiss the Complaint with Prejudice pursuant to Rule 41(a)(l)(ii), the Court hereby enters a dismissal with prejudice of Plaintiff's complaint in the above-entitled action, in its entirety.

Each party to this litigation shall bear his/its own costs and attorneys' fees incurred.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:157126219.1 080166.1028

LITTLER MENDELSON, P.C.
633 W. 5th St.
63rd Floor
Los Angeles, CA 90071
213.443.4300